UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case Number   04-51621-659 |
| **JEFFREY and LISA MEYERS**, ) | |
| ) | Chapter 7 |
| Debtors. ) | |

### TRUSTEE'S APPLICATION FOR ORDER OF PAYMENT TO REGISTRY

COMES NOW Robert J. Blackwell, Trustee, and for his Application for Order of Payment to Registry, states to the Court as follows:

1. Jeffrey Bernard Meyers, Sr. and Lisa A. Meyers ("Debtors") filed for voluntary Chapter 7 bankruptcy protection on September 14, 2004.

2. Robert J. Blackwell ("Trustee") is the duly appointed and acting Chapter 7 Trustee herein.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §151 and §1334 and Local Rule 9.01 of the United States District Court for this District.

4. This matter constitutes a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (O).

5. Venue is proper pursuant to 28 U.S.C. §1409.

6. The Trustee brings this Application for Order of Payment to Registry ("Application") pursuant to 11 U.S.C. §347(a), Rule 3011 of the Federal Rules of Bankruptcy Procedure and L.R. 3011.

7. Check(s) pursuant to the Order dated June 16, 2014 were sent to the Debtors and were returned:

Jeffrey and Lisa Meyers, 2 Karington Court, O'Fallon, MO 63366-3588

Jeffrey and Lisa Meyers, 35 Dove Court, Winfield, MO 63389                               **$29.23**

8. The Trustee has on hand the funds represented by those checks.

9. The Trustee does not know of any other address or place to send the checks to disburse the funds in accordance with the Order.

10. The Trustee requires an Order of payment to the registry of the Court minus any applicable bank charges, including but not limited to charges for "stop payment orders," so that this Estate can be closed.

WHEREFORE, the Trustee prays this Honorable Court make and enter its Order granting the Trustee's Application for Order of Payment to Registry; allowing payment of the funds into the registry of the Court minus any applicable bank charges, including but not limited to charges for "stop payment orders;" and for such other and further Orders as the Court deems just and proper.

Respectfully submitted,
**BLACKWELL & ASSOCIATES, P.C.**

/s/  Robert J. Blackwell
Robert J. Blackwell, Trustee  /  23179MO
P.O. Box 310, O'Fallon, MO 63366-0310
(636) 240-3632  /  Fax (636) 240-6803
rblackwell@blackwell-lawfirm.com

### CERTIFICATE OF SERVICE

I, Christie Thomas, certify that the foregoing was electronically filed with the United States Bankruptcy Court for the Eastern District of Missouri on October 9, 2014.  In addition to those parties served with this document by the Court's CM/ECF system, the undersigned served a true and complete copy of this document by first class mail upon the Debtors at the addresses below.

Jeffrey and Lisa Meyers, 2 Karington Court, O'Fallon, MO 63366-3588

Jeffrey and Lisa Meyers, 35 Dove Court, Winfield, MO 63389

/s/  Christie Thomas