UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case Number  **04-51621-659** |
| **JEFFREY and LISA MEYERS**, | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |

### ORDER GRANTING APPLICATION OF PAYMENT TO REGISTRY

Upon the Trustee's Application for an Order of Payment to the Registry, and for good cause shown;

**IT IS HEREBY ORDERED** that the Trustee's Application is **GRANTED** and the Trustee is authorized to pay the Registry of the Court **$29.23**, minus any applicable bank charges, including but not limited to charges for "stop payment orders".

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED:   October 15, 2014
St. Louis, Missouri
jjh


**COPIES TO:**
**Order Prepared By:**
Robert J. Blackwell, Trustee
P. O. Box 310, O'Fallon, Missouri  63366-0310
(636) 240-3632  /  Fax (636) 240-6803  /  rblackwell@blackwell-lawfirm.com

U. S. Trustee's Office, 111 South 10th Street, Suite 6353, St. Louis, MO 63102

Robert Faerber, Attorney for Debtors, 230 S. Bemiston, Suite 600, Clayton, MO 63105

Jeffrey and Lisa Meyers, 2 Karington Court, O'Fallon, MO 63366-3588

Jeffrey and Lisa Meyers, 35 Dove Court, Winfield, MO 63389

Ct3146.p