UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

In Re:                                    )
                                          )   Case No. 04-51621-659
                                          )   Chapter 7
Lisa Ann Meyers and Jeffrey Bernard       )
          Meyers, Sr.                     )
                                          )   ORDER FOR PAYMENT OF
                                          )   UNCLAIMED FUNDS
                        Debtor(s)         )

Upon application and in accordance with the provisions of 28 USC Section 2042, it is

Ordered that, following review by the Clerk of the sufficiency of the Affidavit of Creditor Information, the Clerk of the US Bankruptcy Court is directed to remit to Jeffrey & Lisa Meyers c/o Dilks & Knopik, LLC, the sum of $2,707.21 now held as unclaimed funds in the treasury for creditor Jeffrey & Lisa Meyers.

DONE and ORDERED at St. Louis, Missouri this __2nd__ day of __June__, 20_16_.

_____
United States Bankruptcy Judge